1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  6701 Center Drive West, Suite 610
4  Los Angeles, California 90045
   Telephone: (310) 846-5800
5  Fax: (310) 846-5801
6
7  Attorney for Plaintiff

8              **UNITED STATES DISTRICT COURT**
9              **FOR THE CENTRAL DISTRICT**
                      **OF CALIFORNIA**
10

11 ------------------------------------------------------X     CIVIL ACTION NO.
   BRAVADO INTERNATIONAL GROUP                                 **2:09-cv-06774 DSF (PJW)**
12 MERCHANDISING SERVICES, INC.
13
                       Plaintiff,                              **PERMANENT**
14                                                             **INJUNCTION**
15           -against-
16
17
18 BE WILD, INC., GONE BLUE.COM, INC.,
   ULTRA D, INC., BRIAN COHEN, KURT
19 LOCKE, CHRISTOPHER VENDITTO
20
21                    Defendants.
   ------------------------------------------------------X
22
23     Plaintiff and Defendants Be Wild, Inc., Gone Blue.Com, Inc., Brian Cohen,
24 having stipulated to the entry of permanent injunction, IT IS HEREBY ORDERED
25 THAT:
26     1.    A permanent injunction is hereby entered against defendants Be Wild,
27 Inc., Gone Blue.Com, Inc., Brian Cohen, permanently enjoining said parties from
28 selling, manufacturing and/or distributing any unauthorized merchandise bearing

1

1 the Michael Jackson name, trademark and/or likeness and/or the King of Pop
2 trademark and/or any Michael Jackson album covers and/or anything confusingly
3 and/or substantially similar thereto.

Dated: 5/3/10 _____

*Dale S. Fischer*
_____
THE HONORABLE DALE S. FISCHER