1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  6701 Center Drive West, Suite 610
4  Los Angeles, California 90045
   Telephone: (310) 846-5800
5  Fax: (310) 846-5801
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9               FOR THE CENTRAL DISTRICT
                     OF CALIFORNIA
10

11 -------------------------------------------------------X   CIVIL ACTION NO.
   BRAVADO INTERNATIONAL GROUP                               2:09-cv-06774 DSF (PJW)
12 MERCHANDISING SERVICES, INC.
13
                        Plaintiff,                           **PERMANENT
14                                                           INJUNCTION**
15                   -against-
16
17
18 BE WILD, INC., GONE BLUE.COM, INC.,
   ULTRA D, INC., BRIAN COHEN, KURT
19 LOCKE, CHRISTOPHER VENDITTO
20
                        Defendants.
21 -------------------------------------------------------X
22
23     Plaintiff and Defendants Ultra D, Inc., Kurt Locke and Christopher Venditto,
24 having stipulated to the entry of permanent injunction, IT IS HEREBY ORDERED
25 THAT:
26     1.    A permanent injunction is hereby entered against defendants Ultra D,
27 Inc., Kurt Locke and Christopher Venditto permanently enjoining said parties from
28 selling, manufacturing and/or distributing any unauthorized merchandise bearing

                                    1

1  the Michael Jackson name, trademark and/or likeness and/or the King of Pop
2  trademark and/or any Michael Jackson album covers and/or anything confusingly
3  and/or substantially similar thereto.
4
5
6
7  Dated:_6/1/10
8                                              THE HONORABLE DALE S. FISCHER
9
10
...
28